EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD JOHNSON  #4532
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
email: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00022 |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN ARCODIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information against JOHN ARCODIA based upon the age of the case.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, January 11, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ Ronald Johnson
RONALD JOHNSON
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

BARRY M. KURREN
---
UNITED STATES MAGISTRATE JUDGE

U.S. v. John Arcodia, Cr. No. 00-00022
"Order for Dismissal"

2